Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−32625−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Salvatore M. Campo
   1228 Burlington Avenue
   Deptford, NJ 08096

Social Security No.:
   xxx−xx−5342

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/19/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 20, 2020
JAN: bc

                                                                Jeanne Naughton
                                                                Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                          Case No. 19-32625-JNP
Salvatore M. Campo                                                              Chapter 13
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 1                  Date Rcvd: Aug 20, 2020
                              Form ID: 148                Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
db             +Salvatore M. Campo,    1228 Burlington Avenue,    Deptford, NJ 08096-3074
518642843      +Alicia Campo,   1228 Burlington Avenue,    Deptford, NJ 08096-3074
518601391       Chase Auto Finance,    PO Box 901003,    Fort Worth, TX 76101-2003
518601392      +Craig S. Donn, DDS, PC,    1939 Route 70 East,    Cherry Hill, NJ 08003-4506
518660612      +Cypress Financial Recoveries,    c/o Fein Such Kahn 7 Shepard PC,    7 Century Dr., Suite 201,
                 Parsippany, NJ 07054-4609
518708681      +MidFirst Bank,   999 Northwest Grand Boulevard,    Oklahoma City, OK 73118-6051
518601393      +Midfirst Bank,   c/o KML Law Group, PC,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
518601394       Midland Mortgage Co,    PO Box 26859,   F MidFirst Bank,    Oklahoma City, OK 73126-8959
518601395       Sunrise Detox Cherry Hill, LLC,    PO Box 12546,    Newark, NJ 07101-3550

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2020 01:27:34      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2020 01:27:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518622108      +EDI: AIS.COM Aug 21 2020 04:38:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518601390      +EDI: CAPITALONE.COM Aug 21 2020 04:38:00      Capital One Bank USA NA,   PO BOX 30281,
                 Salt Lake City, UT 84130-0281
518682759       EDI: JEFFERSONCAP.COM Aug 21 2020 04:38:00      Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
                                                                                                TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Salvatore M. Campo jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Rhondi L. Schwartz    on behalf of Debtor Salvatore M. Campo jenkins.clayman@verizon.net
              Sindi  Mncina    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. smncina@rascrane.com
              Stephanie F. Ritigstein    on behalf of Debtor Salvatore M. Campo jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 8
```