# JENKINS & CLAYMAN

| | | |
|---|---|---|
| JEFFREY E. JENKINS *✧<br>ERIC J CLAYMAN ○<br>———<br>STEPHANIE F. RITIGSTEIN ✧<br>RHONDI LYNN SCHWARTZ○<br><br>* BOARD CERTIFIED-CONSUMER<br>BANKRUPTCY LAW-AMERICAN BOARD OF<br>CERTIFICATION APPROVED BY THE<br>AMERICAN BAR ASSOCIATION<br>✧ADMITTED TO PA & NJ BARS<br>○ADMITTED TO NJ BAR | ATTORNEYS AT LAW<br>412 WHITE HORSE PIKE<br>AUDUBON, N.J. 08106<br>(856) 546-9696<br>FAX (856) 546-7013<br>EMAIL: jenkins.clayman@verizon.net | BRANCH OFFICES<br>(BY APPOINTMENT ONLY)<br><br>1675 ROUTE 533, SUITE 102<br>TRENTON/HAMILTON, N.J. 08619<br>———<br>1125 ATLANTIC AVE., SUITE 536<br>ATLANTIC CITY, N.J. 08401<br>———<br>120 N. EIGHTH STREET<br>VINELAND, N.J. 08360<br>———<br>645 HIGHWAY 18, SUITE 117 B<br>EAST BRUNSWICK, N.J. 08616 |

September 8, 2020

Honorable Jerrold N. Poslusny, Jr., U.S.B.J.
400 Cooper Street, 4th Floor
Camden, NJ 08101
*Sent via electronic mail only to:* chambers_of_jnp@njb.uscourts.gov

    re:    Salvatore M. Campo
           Chapter 13 Case No.: 19-32625/JNP
           Motion to Vacate Dismissal of Case Replacement Order
           Hearing Date: September 15, 2020

Dear Judge Poslusny,

    Our office has filed a motion to vacate dismissal in the case listed above. Jane L. McDonald, Esquire of Isabel Balboa's office has filed a letter in response dated September 3, 2020 wherein she asks for two additional paragraphs to be added to the order to vacate dismissal. The additional paragraphs are acceptable to the Debtor who advised he will forward to our office $1,260.00 payable to the Chapter 13 Trustee by the end of this week.

    With this background, I have attached to this email a copy of a replacement order. If the replacement order meets with Your Honor's approval, would you please consider entering on September 15, 2020?

    Thank you for your usual kind consideration.

                             Respectfully Submitted,

                             */s/ Eric J Clayman*

                             Eric J Clayman

EJC/kf
Enclosure
cc:    Jane L. McDonald, Esquire (ktalley@standingtrustee.com)
        Salvatore Campo (aliciacampo9@gmail.com)