Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

Case No.: 19–32625–JNP  
Chapter: 13  
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
  Salvatore M. Campo  
  1228 Burlington Avenue  
  Deptford, NJ 08096

Social Security No.:  
  xxx–xx–5342

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 8, 2020.

On August 26, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                October 21, 2020  
Time:                09:00 AM  
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 17, 2020  
JAN: eag

Jeanne Naughton  
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                         Case No. 19-32625-JNP
Salvatore M. Campo                                             Chapter 13
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin            Page 1 of 1         Date Rcvd: Sep 17, 2020
                             Form ID: 185           Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
db             +Salvatore M. Campo,   1228 Burlington Avenue,   Deptford, NJ 08096-3074
518642843      +Alicia Campo,   1228 Burlington Avenue,   Deptford, NJ 08096-3074
518601391       Chase Auto Finance,   PO Box 901003,   Fort Worth, TX 76101-2003
518601392      +Craig S. Donn, DDS, PC,   1939 Route 70 East,   Cherry Hill, NJ 08003-4506
518660612      +Cypress Financial Recoveries,   c/o Fein Such Kahn 7 Shepard PC,   7 Century Dr., Suite 201,
                 Parsippany, NJ 07054-4609
518708681      +MidFirst Bank,   999 Northwest Grand Boulevard,   Oklahoma City, OK 73118-6051
518601393      +Midfirst Bank,   c/o KML Law Group, PC,   216 Haddon Avenue,   Suite 406,
                 Westmont, NJ 08108-2812
518601394       Midland Mortgage Co,   PO Box 26859,   F MidFirst Bank,   Oklahoma City, OK 73126-8959
518601395       Sunrise Detox Cherry Hill, LLC,   PO Box 12546,   Newark, NJ 07101-3550

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 18 2020 01:18:19     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 18 2020 01:18:15     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518622108      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2020 01:35:32
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518601390      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2020 01:22:29
                 Capital One Bank USA NA,   PO BOX 30281,   Salt Lake City, UT 84130-0281
518682759       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 18 2020 01:18:29     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Salvatore M. Campo jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Harold N. Kaplan    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jane L. McDonald     on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rhondi L. Schwartz    on behalf of Debtor Salvatore M. Campo jenkins.clayman@verizon.net
              Sindi   Mncina    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. smncina@rascrane.com
              Stephanie F. Ritigstein    on behalf of Debtor Salvatore M. Campo jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10
```