UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on October 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS Citron, LLC**
130 Clinton Road – Lobby B, Suite 202
Fairfield, NJ 07004
Telephone No.: 973-575-0707
Fax No.: 973-404-8886
Attorneys for Secured Creditor

Harold Kaplan   HK0226

In Re:


**Salvatore M. Campo,**

   **Debtor,**

Case No.:   19-32625

Chapter:   13

Hearing Date:  9/1/2020

Judge:   Jerrold N. Poslusny Jr.


**<u>AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF
FROM THE AUTOMATIC STAY</u>**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.


**DATED: October 15, 2020**


_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**

Secured Creditor: JPMorgan Chase Bank, N.A.
Secured Creditor's Counsel: RAS Citron, LLC

Debtors' Counsel: Eric Clayman

Property Involved ("Collateral"): 2007 Ford F150 VIN: 1FTPW14V97FA16343

Relief sought:         ■ Motion for relief from the automatic stay
                       □ Motion to dismiss
                       □ Motion for prospective relief to prevent imposition of automatic stay
                       against the collateral by debtor's future bankruptcy filings

Whereas Secured Creditor filed a Motion for Relief from Stay on 7/31/2020.

And

Where as the debtor filed a response and modified plan providing for payment of the entire
balance due Secured Creditor.

And

Whereas the parties have agreed to the payment of interest at a rate of 4 percent to be paid over
the remaining 44 months of the Debtor's Chapter 13 Plan.

For good cause shown, it is **ORDERED** that Secured Creditor's Motion is  resolved, subject to
the following conditions:

Status of post-petition arrearages

Total principal Balance due to pay loan in full $4,094.34.

    ■ The amount of $4,094.34 with interest at a rate of 4 percent over the remaining 44
    months of the Debtor's plan, for a total to be paid Secured Creditor of $4,409.00,
    shall be paid in the Debtor's Chapter 13 plan by the Chapter 13 Trustee.

    ■ This Order is incorporated into any Order confirming the plan. The Trustee is to pay
    Secured Creditor the amount identified in this Order.

3.     Payments to the Secured Creditor shall be sent to the following address

JPMorgan Chase Bank, N.A.
National Bankruptcy Department
P.O. Box 901032

Ft. Worth, Texas 76101-2032

4.    In the event of Default:
■ Should the Debtor(s) fail to make timely payments to the Chapter 13 Trustee, and if
any regular monthly trustee payment should become more than thirty (30) days late or if
Debtor(s) fails to comply with any terms of this Consent Order, counsel shall file a Certification
of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the
Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the
Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor
as a result of the Debtor's failure to comply with this Consent Order.

■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this
bankruptcy case, the Debtor(s) shall payoff the remaining amount still due within 10 days from
the date of conversion. Should the Debtors fail to pay off the balance still due, counsel shall file a
Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13
Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order
granting relief from the Automatic Stay.

5.    Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $350.00 and costs of $181.00.

The fees and costs are payable:

■ Through the Chapter 13 plan.

□ To the Secured Creditor within _____ days.

□Attorneys' fees are not awarded.

The undersigned hereby consent to the form and entry of the foregoing order.

/s/ Harold Kaplan
_____          _____
Rhondi Schwartz                    Harold Kaplan
*Attorney for Debtor*              *Attorney for Secured Creditor*
Date: 9-15-20                      Date: 9/16/2020