Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−32625−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Salvatore M. Campo
   1228 Burlington Avenue
   Deptford, NJ 08096

Social Security No.:
   xxx−xx−5342

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 6, 2021.


Dated: January 6, 2021
JAN: kvr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Salvatore M. Campo  
    Debtor(s)

Case No. 19-32625-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Jan 06, 2021      Form ID: plncf13      Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Salvatore M. Campo, 1228 Burlington Avenue, Deptford, NJ 08096-3074 |
| 518642843 | + | Alicia Campo, 1228 Burlington Avenue, Deptford, NJ 08096-3074 |
| 518601392 | + | Craig S. Donn, DDS, PC, 1939 Route 70 East, Cherry Hill, NJ 08003-4506 |
| 518660612 | + | Cypress Financial Recoveries, c/o Fein Such Kahn 7 Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 519029566 | + | JP Morgan Chase Bank, N.A., c/o RAS Citron, LLC, 130 Clinton Road, Lobby B, Suite 202, Fairfield, New Jersey 07004-2926 |
| 518708681 | + | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518601393 | + | Midfirst Bank, c/o KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518601394 | | Midland Mortgage Co, PO Box 26859, F MidFirst Bank, Oklahoma City, OK 73126-8959 |
| 518601395 | | Sunrise Detox Cherry Hill, LLC, PO Box 12546, Newark, NJ 07101-3550 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 06 2021 21:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 06 2021 21:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518622108 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 06 2021 22:11:26 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518601390 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 06 2021 22:08:22 | Capital One Bank USA NA, PO BOX 30281, Salt Lake City, UT 84130-0281 |
| 518601391 | | Email/Text: bk.notifications@jpmchase.com | Jan 06 2021 21:49:00 | Chase Auto Finance, PO Box 901003, Fort Worth, TX 76101-2003 |
| 518682759 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 06 2021 21:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**  
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 06, 2021 | Form ID: plncf13 | Total Noticed: 15 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 08, 2021               Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:

**Name** **Email Address**

Denise E. Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Eric Clayman
on behalf of Debtor Salvatore M. Campo jenkins.clayman@verizon.net  connor@jenkinsclayman.com

Harold N. Kaplan
on behalf of Creditor JPMORGAN CHASE BANK  N.A. hkaplan@rasnj.com, informationathnk@aol.com

Isabel C. Balboa
ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jane L. McDonald
on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Rhondi L. Schwartz
on behalf of Debtor Salvatore M. Campo jenkins.clayman@verizon.net

Sindi Mncina
on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com

Stephanie F. Ritigstein
on behalf of Debtor Salvatore M. Campo jenkins.clayman@verizon.net  connor@jenkinsclayman.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10