Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−32625−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Salvatore M. Campo
    1228 Burlington Avenue
    Deptford, NJ 08096

Social Security No.:
    xxx−xx−5342

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:        2/18/21
Time:        02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney

COMMISSION OR FEES
FEES: $2478.00

EXPENSES
$15.25

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 19, 2021
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 19-32625-JNP
Salvatore M. Campo    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2
Date Rcvd: Jan 19, 2021    Form ID: 137    Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Salvatore M. Campo, 1228 Burlington Avenue, Deptford, NJ 08096-3074 |
| 518642843 | + | Alicia Campo, 1228 Burlington Avenue, Deptford, NJ 08096-3074 |
| 518601392 | + | Craig S. Donn, DDS, PC, 1939 Route 70 East, Cherry Hill, NJ 08003-4506 |
| 518660612 | + | Cypress Financial Recoveries, c/o Fein Such Kahn 7 Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 519029566 | + | JP Morgan Chase Bank, N.A., c/o RAS Citron, LLC, 130 Clinton Road, Lobby B, Suite 202, Fairfield, New Jersey 07004-2926 |
| 518708681 | + | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518601393 | + | Midfirst Bank, c/o KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 518601394 | | Midland Mortgage Co, PO Box 26859, F MidFirst Bank, Oklahoma City, OK 73126-8959 |
| 518601395 | | Sunrise Detox Cherry Hill, LLC, PO Box 12546, Newark, NJ 07101-3550 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 19 2021 23:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 19 2021 23:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518622108 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 19 2021 23:55:35 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518601390 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 19 2021 23:57:25 | Capital One Bank USA NA, PO BOX 30281, Salt Lake City, UT 84130-0281 |
| 518601391 | | Email/Text: bk.notifications@jpmchase.com | Jan 19 2021 23:27:00 | Chase Auto Finance, PO Box 901003, Fort Worth, TX 76101-2003 |
| 518682759 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 19 2021 23:27:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 19-32625-JNP    Doc 58    Filed 01/21/21    Entered 01/22/21 00:25:03    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Jan 19, 2021 | Form ID: 137 | Total Noticed: 15 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021                                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Salvatore M. Campo jenkins.clayman@verizon.net  connor@jenkinsclayman.com |
| Harold N. Kaplan | on behalf of Creditor JPMORGAN CHASE BANK  N.A. hkaplan@rasnj.com, informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Rhondi L. Schwartz | on behalf of Debtor Salvatore M. Campo jenkins.clayman@verizon.net |
| Sindi Mncina | on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com |
| Stephanie F. Ritigstein | on behalf of Debtor Salvatore M. Campo jenkins.clayman@verizon.net  connor@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10