|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Rhondi Lynn Schwartz, Esquire**<br>**Jenkins & Clayman**<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorney for Debtors |
| In Re:<br><br>Salvatore Campo<br><br>Debtor |

Case No: 19-32625

Judge: JNP

Chapter: 13

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
☐ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
☒ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned Chapter 13 proceeding hereby objects to the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by creditor.

   A hearing has been scheduled for

   OR

   ☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee,

   A hearing has been scheduled for .

   ☐ Certification of Default filed by _____, creditor.

   I am requesting a hearing be scheduled in this matter.

   OR

   ☒ Certification of Default filed by Standing Chapter 13 Trustee.

   I am requesting a hearing be scheduled in this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support of attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **explain your answer)**:_____

☒ Other **(explain your answer)**: I understand that I am delinquent with my Trustee payments in the amount of $1,831.00 through June 2021. I am holding $1,000.00 and I am going to get a money order made out to the Trustee for that amount and provide it to my attorney. I will then propose a cure as to the balance of the funds due. That is why I am asking that a hearing be scheduled in this matter because I will be able to bring my Trustee account current in a short period of time.

3. This Certification is being made in an effort to resolve the issues raised by the creditor in this motion.

4. I certify under penalty of perjury that the foregoing is true and correct.


Date: June 29, 2021                    /s/ Salvatore Campo_____
                                        Salvatore Campo, Debtor


NOTE:

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss*.

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions) or a Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**