Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

<div style="text-align:center">

Case No.:  19–32625–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

</div>

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Salvatore M. Campo
1228 Burlington Avenue
Deptford, NJ 08096
Social Security No.:
xxx–xx–5342
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

on 8/20/21 at 10:00 AM

to consider and act upon the following:

*77* – Certification in Opposition to (related document:74 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 06/30/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Rhondi L. Schwartz on behalf of Salvatore M. Campo. (Schwartz, Rhondi)

Dated: 6/29/21

<div style="margin-left:40%">

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

</div>