UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Salvatore Campo,

Debtor.

Case No.:       19-32625-JNP

Chapter:              13

Hearing Date:    9/28/2021

Judge:            Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled         ☒ Withdrawn

Matter: Motion for Relief from Stay re: 1228 Burlington Avenue (Docket # 83)

_____

Date: 9/22/2021                        /s/ Denise Carlon
                                       Signature

*rev.8/1/15*